**IN RE APPEAL OF BELK-BROOME CO.**

[342 N.C. 890 (1996)]

IN THE MATTER OF: THE APPEAL OF BELK-BROOME CO. FROM THE APPRAISAL OF CERTAIN REAL PROPERTY BY THE CATAWBA COUNTY BOARD OF EQUALIZATION AND REVIEW FOR 1991

No. 343PA95

(Filed 8 March 1996)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 119 N.C. App. 470, 458 S.E.2d 921 (1995), reversing a final decision of the North Carolina Property Tax Commission entered 16 August 1993 and remanding for a new hearing. Heard in the Supreme Court 14 February 1996.

*Manning, Fulton & Skinner, P.A., by Michael T. Medford, for Belk-Broome Co., petitioner-appellee.*

*Patrick, Harper & Dixon, by Robert Oren Eades, for Catawba County, respondent-appellant.*

PER CURIAM.

AFFIRMED.

Justice Orr did not participate in the consideration or decision of this case.